PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE Southern DISTRICT OF TEXAS
## HOUSTON DIVISION

THERON G. OWENS #1734133
Plaintiff's Name and ID Number

ESTELLE UNIT
Place of Confinement

United States Courts
Southern District of Texas
FILED

AUG 31 2018

David J. Bradley, Clerk of Court

CASE NO. _____
(Clerk will assign the number)

v.

Lorie DAVIS, P.O. BOX 99 A Huntsville, TX. 77342
Defendant's Name and Address

WARDEN W. BREWER  264 FM 3478 Huntsville, TX. 77320
Defendant's Name and Address

Dr. Betty Williams, P.A. ONUIGB, UTMB (Employee's Supplement) John & Jane Doe's
Defendant's Name and Address          P.O. BOX 40 GALVESTON, TX. 77555
( DO NOT USE "ET AL.")
264 FM 3478 Huntsville, TX. 77320

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: **MArcH 5, 2018**
      2. Parties to previous lawsuit:
         Plaintiff(s) **PaT LyKos, DA - Craig Clopton (X) Homocide DEtective**
         Defendant(s) **THERON G OWENS**
      3. Court: (If federal, name the district; if state, name the county.) **U.S.D.C. Southern District HArris County**
      4. Cause number: **H-18-0689 (4:18-CV-00689)**
      5. Name of judge to whom case was assigned: **DAvid HITTNER**
      6. Disposition: (Was the case dismissed, appealed, still pending?) **Dismissed**
      7. Approximate date of disposition: **MArcH 8, 2018**

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Estelle Unit 264 FM 3478 Huntsville, TX. 77320

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: THERON B. OWENS 264 FM 3478 HUNTSVILLE, TX. 77320

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lorie Davis, P.O. BOX 99 A Huntsville, TX. 77342 Regional Director TDCJ-CID (Region 1)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Dereliction of Duties

Defendant #2: Warden W. Brewer - 264 FM 3478 Huntsville, TX. 77320 Breach and neglect of Official Duties

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: (Misdiagnosis) Dr. Betty Williams - 264 FM 3478 Huntsville, TX. 77320 Contemptuous Medical Malpractice, misapplication & professional

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Misconduct, unprofessional treatment, violation of professional duties

Defendant #4: P.A. Onyigb - 264 FM 3478 Huntsville, TX. 77320 Contemptuous Medical Malpractice, misapplication & professional

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Misconduct, unprofessional treatment, violation of professional duties

Defendant #5: UTMB - P.O. BOX 40 Galveston, TX. 77555 Contemptuous Medical Malpractice, misapplication & professional

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Misconduct, unprofessional treatment, violation of professional duties

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Over the course of the past few months I was deprived of medical treatment and attention by the aforementioned parties herein listed. I was misdiagnosised by them and suffered grevious pain and suffering through their neglect and dilberate mistreatment. After being seen by telemed Dr. MARK BARBER I was rediagonoised and afforded proper medical treatment and care, after less than 15 minutes of evaluation which should have been done months ago.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my pain & suffering, mental aunquish, embarrasment, cruel & unusaul punishment I suffered.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

THERON G. OWENS (G, is for GREGORY)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 1734133 - (0203536 I think - Harris County)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: **8-24-18**
DATE

_Theron H. Owens_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **MONDAY** day of **August 28**, 20 **18**.
(Day) (month) (year)

_Theron H. Owens_
**THERON G. OWENS**
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15



**Texas Department of Criminal Justice**

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018149848 |
| Date Received: | 15 JUN 2018 |
| Date Due: | 7-30-18 |
| Grievance Code: | 613 |
| Investigator ID #: | I1600 |
| Extension Date: | |
| Date Retd to Offender: | 8 JUL 2018 |

Offender Name: THERON G. OWENS   TDCJ# 1734133
Unit: ESTELLE   Housing Assignment: B2-003B
Unit where incident occurred: ESTELLE

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Ms. Cooper - Lt. Brumley   When? 06-13-18
What was their response? Lt. Brumley said he couldn't override Med. Ms. Cooper said no one was available
What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 06-13-18 I was Layed-Inn to see a provider. I went into Medical at 7:20 A/M, And was seen by a nurse who took my vital signs. At 11:00 A/M I still hadn't seen the provider. I had another Lay In to receive Legal Mail from the Mail Room And I showed the Lay in slip to the officer on duty and asked if I could go and pick up my Legal Mail and come back. The officer said Yes, And gave me my I.D. When I returned less than 15 minutes later, I was told by the officer that the provider would not be seeing me. The officer gave me a sick call to fill out which I did, and put it in the sick call box the same day.
In Addition, On 06-14-18, I received A Lay In to see someone about Medical Interview. The time was from 8:30 A/M - 11:00 A/M. I was Also called to UCC to speak to A Lady from Medical Huntsville office. Once I left UCC Around 9:10 A/M I went to Infirmary for the Medical interview. I sat there until 11:30 A/M And had not yet been seen by no one.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

When I asked Ms. Copper what was going on. She said no one was there yet to see me. Ms. Copper went on break and an African lady officer filled in for her. After 11:30 A/m had past I asked the African lady what was going on. That lady went to check and when she returned she told me that no one was there for me to see, she said that they had been gone. So I sat there from 9:10 A/m until 11:30 A/m and was never interviewed by no1.

**Action Requested to resolve your Complaint.** I'd like to receive proper medical attention for an ongoing chronic care situation.

**Offender Signature:** Theron L. Owens   **Date:** 06-14-18

**Grievance Response:**

A statement from the Nurse states you were not in medical on those days you left without being seen. Please submit a sick call request if needed

**Signature Authority:** _[signature]_   **Date:** 7/16/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: THERON G. OWENS   TDCJ # 1734133
Unit: ESTELLE   Housing Assignment: (B2-203B)
Unit where incident occurred: Estelle

OFFICE USE ONLY
Grievance #: 2018149848
UGI Recd Date: JUL 23 2018
HQ Recd Date: JUL 26 2018
Date Due: 9/6/18
Grievance Code: 613
Investigator ID #: 10352
Extension Date: _____

AUG 21 2018

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because:*

ON 06-13-2018, A SICK CALL request was submitted to medical for the same issues, which were, severe lower back pain and burning sensation in my right leg. That sick call request was returned to me stamped 06-14-2018, with a reply stating, Nurse sick call, Left without being seen 06-13-2018.

On 06-13-2018, A had to pick up LEGAL MAIL from the mailroom between 10 A/M - 12 NOON. I was in infirmary at 7:15 A/M till 11:00 A/M and hadn't been seen. Because of my Legal Mail Lay-Inn I asked the officer on duty could I leave to go pick up my Legal mail and her reply was YES. I proceeded to the mail room and upon returning, I was told I would not be seen by the provider. Your count room shows as well as the officer's count sheet I was in infirmary on that day (06-13-2018) and time count time (7:15 A/M.) If I didn't have a Lay-Inn for Legal mail I would not have left. However, I'd been waiting to be seen by the provider for over two weeks there after.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

I spoke to Mr. Kevin Moot several times regarding medical and Mr. Moot assured me that the problem would be rectified. On 07-19-18, I was seen by telemed and Dr. Mark Barber provided me with pain medicine and medicine for the bumps which he viewed on telemed.

Offender Signature: Shawn H. Owens            Date: 07-22-2018

**Grievance Response:**

A review of your Step 1 medical grievance was completed regarding your report of not being seen by the provider on 06/13/2018. Action requested to receive proper medical attention for an ongoing chronic care situation.

An appellate review of the medical grievance, electronic health records (EHR), and clinical records indicate you were given appropriate information in the Step 1 medical grievance response. Clinical documentation revealed you left medical without being seen on 06/13/2018. You were seen and treated by nursing and the provider on 07/03/2018 and 07/19/2018 for low back and leg pain. A physical therapy (PT) referral for low back pain has been completed on your behalf. Also, you were interviewed by a representative from the Step 2 Medical Grievance Program on 06/14/2018.

Documentation indicates since the time the Step 1 medical grievance was answered, you have continued to be seen in accordance with Correctional Managed Health Care (CMHC) Policy E-37.1. Please submit a Sick Call Request (SCR) to the medical department if you feel your situation has changed to warrant further evaluation. No further action is warranted at this time through the grievance process.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

Signature Authority: _____            Date: 7/30/18

---

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                              Appendix G



Texas Department of Criminal Justice

# STEP 1   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2018117783
Date Received: 04 16 18
Date Due: 05/31/2018
Grievance Code: 624
Investigator ID #: I 2015
Extension Date:
Date Retd to Offender: MAY 24 2018

Offender Name: THERON G. OWENS   TDCJ# 1734133
Unit: ESTELLE   Housing Assignment: B2-212B
Unit where incident occurred: ESTELLE B2-203

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? MR. KEVIN MOOT (RMF)   When? 04-11-2018
What was their response? WAS ANY LAB WORK DONE?
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

ON April 11, 2018, I WAS SEEN IN INFIRMARY FOR CHRONIC CARE (EXTREME LOWER BACK PAIN). THE PROVIDER GAVE ME NON-ASPIRIN. I'VE BEEN HAVING TO ALMOST CRY FOR RELIEF FROM MEDICAL TO GET THEIR ATTENTION. I HAD A LUMBAR LAMINECTOMY L4 L-5 S1 IN 1989. MY PROBLEM HAS ONLY GOTTEN WORSE OVER THE YEARS. NON-ASPIRIN IS UNACCEPTABLE FOR SUCH. I HATE WRITING GRIEVANCES, HOWEVER I REALIZE THIS PROCEDURE MUST BE DONE SOMETIMES TO GET WHAT NEEDS TO BE GOTTEN IN EXTREME CASES. THANK YOU IN ADVANCE FOR YOUR CO-OPERATION 041618

---

041618

**Action Requested to resolve your Complaint.** AN MRI to explain and show why I'm having this severe pain and now it has my right leg burning

**Offender Signature:** Thoronzo A. Owens **Date:** 04-14-18

**Grievance Response:** After careful review of your medical record the following is noted: You were seen by Medical April 23, 2018. With continued complaints of chronic back pain and requesting Meloxicam. Cities history of laminectomy in 1989. Also complains of a cold which is resolved. Patient aware that he intentionally did not show up for physical therapy and does not have a valid reason. Patient agreed to try Tylenol which has already been ordered. Standard of care has been met.

**Signature Authority:** M. Ortiz AA for K. Mott **Date:** 5/23/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.
- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:**
I-127 Back (Revised 9-1-2007)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F



## Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
JUN 2 9 2018
Grievance #: 2018117783
UGI Recd Date: JUN 0 5 2018
HQ Recd Date: JUN 8 - 2018
Date Due: 7-20
Grievance Code: 624
Investigator ID#: I0352
Extension Date: _____

Offender Name: THERON G. OWENS   TDCJ# 1734133
Unit: ESTELLE   Housing Assignment: B2-203B
Unit where incident occurred: ESTELLE

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I was never informed or notified about physical therapy. There is no proof of me receiving anything regarding physical therapy. Furthermore, I never agreed upon tylenol for pain, however it was given to me anyway. Since the time this medicine was given to me up until now I've had no relief whatsoever. I was seen last week because I had spoken to Ms. Hanssen about my present situation and she informed me that I needed to submit another sick call. I submitted that sick call as mentioned above, and I'm still (2) waiting and (1) suffering to be seen by medical.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____
_____
_____
_____
_____

Offender Signature: _Theron H. Owens_____ Date: 06-04-2018

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your complaint of being denied medical treatment. To remedy this, you are requesting an MRI.

An appellate review of the medical grievance and clinical record indicates the response from Step 1 is appropriate. Upon further review, you were seen in Nurse Sick Call on 4.12.18. You were also seen by the unit provider on 4.23.18, and given Acetaminophen medication for pain.

If you feel your situation has changed to warrant further evaluation, you are advised to submit a Sick Call Request to the medical department.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____ Date: 6/14/18

| Returned because: *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| ☐ 1. Grievable time period has expired. | **Initial Submission** CGO Initials: _____ |
| ☐ 2. Illegible/Incomprehensible.* | Date UGI Recd:_____ |
| ☐ 3. Originals not submitted. * | Date CGO Recd:_____ |
| ☐ 4. Inappropriate/Excessive attachments.* | (check one) ___Screened ___Improperly Submitted |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | Comments:_____ |
| ☐ 6. Inappropriate.* | Date Returned to Offender:_____ |
|  | **2nd Submission** CGO Initials: _____ |
|  | Date UGI Recd:_____ |
|  | Date CGO Recd:_____ |
|  | (check one) ___Screened ___Improperly Submitted |
|  | Comments:_____ |
| CGO Staff Signature: _____ | Date Returned to Offender:_____ |
|  | **3rd Submission** CGO Initials: _____ |
|  | Date UGI Recd:_____ |
|  | Date CGO Recd:_____ |
|  | (check one) ___Screened ___Improperly Submitted |
|  | Comments:_____ |
|  | Date Returned to Offender:_____ |

I-128 Back (Revised 11-2010)                                    Appendix G

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2018122326
Date Received: 04-24-18
Date Due: 06/08/2018
Grievance Code: 602
Investigator ID #: I2015
Extension Date: 7/23/18
Date Retd to Offender: 11 JUN 2018

Offender Name: THERON G. OWENS    TDCJ # 1734133
Unit: ESTELLE    Housing Assignment: B2-212B (crossed out)
Unit where incident occurred: ESTELLE    B2-203

a.

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? P.A. ONUIGB & Officer K.    When? 04-23-2018
What was their response? You've had this problem for years, medicine want help
What action was taken? I might give you Tylenol

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 04-23-2018 I was seen in infirmary by P.A. ONUIGB and didn't go to her office for a consultation or an examination she looked at me when I came in from the cage. I tried to also explain to her about the bumps and blisters on my buttocks and she walked off. Ms. K had a look on her face as if to say whow! I tried calling P.A. ONUIGB again & she never stop to pay attention to my medical needs I had previously went to infirmary because the medicine I was given made the problem worst. My buttocks where the rash and bumps are or itching and burning. I was told when I went in previously to allow the medicine to work and give it 10 days, I did and nothing has happen but the problem has gotten worst. P.A. ONUIGB never took the time to listen to my complaint.

042418

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** To be properly examine and proper medical care

**Offender Signature:** Sheron H. Owens   **Date:** 04-23-2018

**Grievance Response:**

Your visit on 4/23/18 was to review your complaints of chronic back pain. A treatment plan was created for you. Your complaint of a cold had resolved by the time of your visit. Please submit a sick call request if your cold symptoms have returned and you need further evaluation.

**Signature Authority:** _____  **Date:** 6/8/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

Case 4:18-cv-03068 Document 1 Filed on 08/31/18 in TXSD Page 16 of 17



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: THERON G. OWENS    TDCJ # 1734133
Unit: ESTELLE    Housing Assignment: B2-203B
Unit where incident occurred: ESTELLE

**OFFICE USE ONLY**
Grievance #: 2018122326
UGI Recd Date: JUN 15 2018
HQ Recd Date: JUN 21 2018
Date Due: 7-30
Grievance Code: 602
Investigator ID#: 10352
Extension Date: JUL 19 2018

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

Once again I never received any lay in or information about physical therapy. Had I been offered a chance to better my condition I would have gladly accepted the offer.

This provider, P.A. ONUIGB has an attitude towards offenders from what other's who've been seen by her have said.

I realize I'm not in the free world where Doctor's will listen carefully to your problems and address them at best. However, when you have someone like P.A. ONUIGB, who does not examine you are even listen's to you, it becomes a serious problem to the chronic care offender.

---

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

Offender Signature: _Shown H. Owens_  Date: _06-14-2018_

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaint. On 04/23/2018, you tried to explain to the provider you named about the bumps and blisters on your buttocks, but she walked off.

An appellate review of your medical grievance and clinical records show you were evaluated by the unit provider on 04/23/2018 for severe back pain and cold only, as per your complaint on the Sick Call Request. On 04/25/2018, you were seen by the licensed vocational nurse for your complaint of rash on buttocks. Verbal orders were issued for you to receive hydrocortisone cream and calmoseptine cream to apply to your buttock area for seven days. All medication and treatment are ordered by the licensed medical provider based on their clinical findings at the time of the evaluation. Documentation in your clinical records indicates you have been afforded access to medical care.

You are encouraged to work with the unit providers to ensure the best treatment for your health care needs. If you feel your situation requires further evaluation, you are advised to submit a Sick Call Request to the medical department.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____  Date: _6/27/18_

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**
Initial Submission        CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____
2nd Submission        CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____
3rd Submission        CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)                                Appendix G